1 | VICKI H. YOUNG
Law Offices of Vicki H. Young
2 | 706 Cowper Street, Suite 205
Palo Alto, California 94301
3 |
Telephone    (415) 421-4347
4 | Fax          (650) 289-0636

5 | Counsel for Gustavo Colin Lopez

FILED
NOV 0 2 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 10-00823 DLJ |
|---|---|
| Plaintiff, | ) STIPULATION RE CONTINUANCE |
| | ) OF STATUS DATE; [~~PROPOSED~~] |
| v. | ) ORDER |
| GUSTAVO COLIN LOPEZ, | ) |
| Defendant. | ) |

It is hereby stipulated between the defendant Gustavo Colin Lopez by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Thomas Colthurst, that the status date of November 8, 2011, at 9:00 a.m. be continued to November 15, 2011, at 9:00 a.m. The reason for this continuance is that the attorney appointed to render a second opinion on the case has been out on medical leave, and defense counsel needs additional time to make arrangements for the defendant to consult with second counsel by telephone.

Under Title 18 U.S. C. §3161(h)(7)(B)(iv), the continuance is necessary to allow the attorneys for the government and the defense the reasonable time necessary for effective preparation taking into the account the exercise of due diligence. Since the defendant needs additional time to make arrangements to speak with second counsel, the time period from November 8, 2011, through

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

1  November 15, 2011, should be excluded.

2  It is so stipulated.

3  Dated:      November 1, 2011              Respectfully submitted,

4

5
                                             /s/ Vicki H. Young
6                                            VICKI H. YOUNG, ESQ.
                                             Attorney for Gustavo Colin Lopez
7

8
   Dated:      November 1, 2011              MELINDA HAAG
9                                            UNITED STATES ATTORNEY

10

11                                            /s/ Thomas Colthurst
                                             THOMAS COLTHURST
12                                           Assistant United States Attorney

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER
- 2 -

# PROPOSED ORDER

GOOD CAUSE BEING SHOWN, the status date appearance set for November 8, 2011, is continued to November 15, 2011. This Court finds that the period from November 8, 2011, through and including November 15, 2011, is excludable time under the Speedy Trial Act, 18 U.S.C. §3161(h). The basis for such exclusion is that defense counsel need additional time to make arrangements for the defendant to speak with second counsel by telephone. Therefore the ends of justice served by such a continuance outweigh the best interest of the public and the defendants in a Speedy Trial within the meaning of Title 18 U.S.C §3161(h)(7)(A).

As required by 18 U.S.C §3161 (h)(7)(A), this Court finds that the reason that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial are the denial of the continuance would unreasonably deny both the attorney for the government and the attorney for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

DATED: 11-2-11

_____
D. LOWELL JENSEN
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTINUANCE
[PROPOSED] ORDER