| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Criminal Chief, Criminal Division |
| 4 | THOMAS A. COLTHURST (CABN 99493)<br>Assistant United States Attorney |

FILED

JAN 06 2012

RICHARD W. ...

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408)-535-5065
Fax: (408)-535-5066
E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUSTAVO COLIN LOPEZ,<br><br>Defendant. | No. CR 10-00823-DLJ |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LOPEZ-FLORES,<br>a.k.a. Gustavo Colin Lopez,<br><br>Defendant. | No. CR 10-00932-DLJ |

**STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM
JANUARY 12, 2012 TO FEBRUARY 2, 2012**

The On the Court's motion, the next status hearing in this matter was moved from January

ORDER EXCLUDING TIME
Case Nos. CR 10-00823-DLJ and CR 10-00932-DLJ

12, 2011, at 9:00 a.m., to February 2, 2012, at 9:00 a.m.  The defendant in each of these related cases, represented by Vicki H. Young, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, request that time be excluded under the Speedy Trial Act from January 12, 2011 to February 2, 2012, to permit the parties the reasonable time necessary for effective preparation.

DATED: December 28, 2011				MELINDA HAAG
						United States Attorney


						_____/s/_____
						Thomas A. Colthurst
						Assistant United States Attorney


						_____/s/_____
						Vicki H. Young, Esq.
						Counsel for Defendant Gustavo Colin Lopez


						_____/s/_____
						Vicki H. Young, Esq.
						Counsel for Defendant Michael Lopez-Flores


## ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time between January 12, 2011 and February 2, 2012, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between January 12, 2011 and February 2, 2012, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time between January 12, 2011 and February 2, 2012, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

1
2  IT IS SO ORDERED.
3
4  DATED: Jan 6, 2012
5
_____
THE HONORABLE D. LOWELL JENSEN
Senior United States District Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER EXCLUDING TIME
Case Nos. CR 10-00823-DLJ and CR 10-00932-DLJ

-3-