1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301
3
   Telephone    (415) 421-4347
4  Fax          (650) 289-0636

5  Counsel for Gustavo Colin Lopez

6

7                    **IN THE UNITED STATES DISTRICT COURT**

8               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9

10 UNITED STATES OF AMERICA,              )    No. CR 10-00823 DLJ
                                          )
11                     Plaintiff,         )    STIPULATION RE CONTINUANCE
                                          )    OF STATUS DATE; []
12          v.                            )    ORDER
                                          )
13 GUSTAVO COLIN LOPEZ,                   )
                                          )
14                     Defendant.         )
   _____)

15

16         It is hereby stipulated between the defendant Gustavo Colin Lopez, by and through his attorney

17 of record VICKI H. YOUNG, and the government, through Assistant United States Attorney

18 Thomas Colthurst, that the status date of February 2, 2012, at 9:00 a.m. be continued to February 9,

19 2012, at 9:00 a.m. The reason for this continuance is that defense counsel needs additional time to

20 meet with the defendant to review plea documents.

21         Under Title 18 U.S. C. §3161(h)(7)(B)(iv), the continuance is necessary to allow the attorneys

22 for the government and the defense the reasonable time necessary for effective preparation taking

23 into the account the exercise of due diligence.  Since the U.S. Attorneys Office needs an opportunity

24 to review the new materials before deciding how to proceed, the time period from February 2, 2012,

25 through February 9, 2012, should be excluded.

26

STIPULATION RE CONTINUANCE;
[] ORDER

1    It is so stipulated.

2  Dated:        January 28, 2012              Respectfully submitted,

3

4                                             /s/ Vicki H. Young
5                                             VICKI H. YOUNG, ESQ.
                                              Attorney for Gustavo Colin Lopez
6

7

8  Dated:        January 28, 2012              MELINDA HAAG
                                              UNITED STATES ATTORNEY
9

10                                             /s/ Thomas Colthurst
11                                            THOMAS COLTHURST
                                              Assistant United States Attorney
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION RE CONTINUANCE;
[] ORDER

1

# ORDER

2

3    GOOD CAUSE BEING SHOWN, the status date appearance set for February 2, 2012, is

continued to February 9, 2012. This Court finds that  the period from February 2, 2012, through and

4    including February 9, 2012, is excludable time under the Speedy Trial Act, 18 U.S.C. §3161(h).  The

5    basis for such exclusion is that defense counsel needs additional time to meet with the defendant in

6    jail to review plea documents.

7        Therefore the ends of justice served by such a continuance outweigh the best interest of the

8    public and the defendants in a Speedy Trial within the meaning of Title 18 U.S.C §3161(h)(7)(A).

9        As required by 18 U.S.C §3161 (h)(7)(A), this Court finds that the reason that the ends of

10    justice outweigh the best interest of the public and the defendant in a speedy trial are the denial of

11    the continuance would unreasonably deny both the attorney for the government and the attorney for

12    the defendant reasonable time necessary for effective preparation, taking into account the exercise of

13    due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).

14    DATED: F̶B̶F̶B̶G̶

15                                                _____

16                                                D. LOWELL JENSEN
                                                SENIOR U.S. DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

STIPULATION RE CONTINUANCE
[] ORDER