1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301
3
   Telephone     (415) 421-4347
4  Fax           (650) 289-0636

5  Counsel for Gustavo Colin Lopez

6

                    **IN THE UNITED STATES DISTRICT COURT**
7
                    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
8

9

10 UNITED STATES OF AMERICA,            )   No. CR 10-00823 DLJ
                                        )
11                  Plaintiff,          )   STIPULATION RE CONTINUANCE
                                        )   OF SENTENCING DATE;
12         v.                           )   [] ORDER
                                        )
13 GUSTAVO COLIN LOPEZ,                 )   Date:  June 14, 2012
                                        )   Time:  10:00 a.m.
14                  Defendant.          )   Judge: Jensen
   _____)

15

16     It is hereby stipulated between the defendant Gustavo Colin Lopez, by and through his attorney

17 of record VICKI H. YOUNG, and the government, through Assistant United States Attorney

18 Thomas Colthurst, that the sentencing date of June 14, 2012, at 10:00 a.m. be continued to August 2,

19 2012, at 10:00 a.m. The reason for this continuance is that defense counsel believes that a mental

20 status evaluation may be required, and needs the additional time to seek approval for the funding and

21 to arrange for the evaluation.

22     Probation Officer Lori Gunderson has been advised of this request and has no objection. She

23 is available on August 2, 2012.

24 ///

25 ///

26

STIPULATION RE CONTINUANCE;
[] ORDER
                                    - 1 -

1     It is so stipulated.

2 Dated: April 22, 2012     Respectfully submitted,

    /s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Gustavo Colin Lopez

8 Dated: April 22, 2012     MELINDA HAAG
UNITED STATES ATTORNEY

    /s/ Thomas Colthurst
THOMAS COLTHURST
Assistant United States Attorney

STIPULATION RE CONTINUANCE;
[] ORDER

- 2 -

1

**ORDER**

2

3    GOOD CAUSE BEING SHOWN, the sentencing date set for June 14, 2012, is continued to

August 2, 2012, at 10:00 a.m.

4

DATED: Í ĐĐG

5

_____
D. LOWELL JENSEN
SENIOR U.S. DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION RE CONTINUANCE;
[] ORDER

- 3 -