1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301
3  Telephone (415) 421-4347

4  Attorney for Defendant Gustavo Colin Lopez

5

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,           )   No. CR 10-00845 DLJ
                                       )
10             Plaintiff,              )
                                       )
11                                     )   STIPULATION TO CONTINUE
         vs.                           )   SENTENCING DATE;
12                                     )
                                       )
13 GUSTAVO COLIN LOPEZ,                )   Date: Aug. 2, 2012
                                       )   Time: 10:00 a.m.
14             Defendant.              )   Court: Hon. D. Lowell Jensen
                                       )
15  _____  )

16

17     It is hereby stipulated between the United States of America, by and through Assistant United States Attorney Thomas Colthurst and Gustavo Colin Lopez, through his attorney Vicki H. Young, that the sentencing hearing which is currently scheduled for Aug. 2, 2012, be continued to Aug. 23, 2012, at 10:00 a.m.

       This continuance is necessary because defense counsel Vicki H. Young needs additional time to get court records and prepare the sentencing memorandum.

       USPO Lori Gunderson has been advised of this request for a continuance and has no objection.

///

///

-1-                                                                 Page 1

1  It is so stipulated.

2  Dated:      July 24, 2012                                  Respectfully submitted,

3

4                                                              /s/ Vicki H. Young
                                                              VICKI H. YOUNG, ESQ.
                                                              Attorney for Gustavo Colin Lopez
5

6  Dated:      July 24, 2012                                  MELINDA HAAG
                                                              UNITED STATES ATTORNEY
7

8

9                                                              /s/     Thomas Colthurst
                                                              THOMAS COLTHURST
                                                              Assistant United States Attorney
10

11

12                                          **ORDER**

13

14

15    GOOD CAUSE BEING SHOWN, the sentencing hearing for Gustavo Colin Lopez which is

16  currently set for August 2, 2012, is continued to August 23, 2012, at 10:00 a.m.

17    IT IS SO ORDERED.

    DATED:   Ï ÐÑÐÒG
18
                                                              _____
19                                                            D. LOWELL JENSEN
                                                              SENIOR UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28