1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
   150 Almaden Boulevard, Suite 900
6  San Jose, California 95113
   Telephone: (408)-535-5065
7  Fax: (408)-535-5066
   E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

10                      UNITED STATES DISTRICT COURT
11                     NORTHERN DISTRICT OF CALIFORNIA
12                              SAN JOSE DIVISION
13

14  UNITED STATES OF AMERICA,        )   No. 10-00823-DLJ
                                     )   No. 10-00932-DLJ
15       Plaintiff,                  )
                                     )
16       v.                          )   STIPULATION AND
                                     )   ORDER CONTINUING HEARING DATE
17  GUSTAVO COLIN LOPEZ,             )
    aka MICHAEL LOPEZ-FLORES,        )
18                                   )
         Defendant.                  )
19  _____)

20

21
        The defendant GUSTAVO COLIN LOPEZ (aka MICHAEL LOPEZ-FLORES),
22
   represented by Vicki H. Young, Esq., and the government, represented by Thomas A. Colthurst,
23
   Assistant United States Attorney, respectfully request that the sentencing hearing currently
24
   scheduled for September 6, 2012, be continued to October 18, 2012.
25
        On March 1, 2012, GUSTAVO COLIN LOPEZ pleaded open to the charges in both
26
   cases. He has been in custody since he was arrested. On August 27, 2012, counsel for the
27
   government filed a sentencing memorandum in this matter and advised that the government was
28

STIPULATION AND [] ORDER
Case Nos. 10-CR-00823-DLJ and 10-CR-00932-DLJ

1  requesting an evidentiary hearing to respond to certain defense objections to the Presentence
2  Report. In response, counsel for the defendant has advised that additional discovery and
3  investigation will be necessary to prepare for this hearing. Accordingly, the parties are
4  requesting that his sentencing hearing be reset to October 18, 2012. It is possible that an
5  additional continuance may be requested because of the need for further discovery and
6  investigation.

8  SO STIPULATED:

10 Dated: August 28, 2012                /S/
                                          Thomas A. Colthurst
11                                        Assistant United States Attorney

13
14 Dated: August 28, 2012                /S/
                                          Vicki H. Young, Esq.
                                          Attorney for Defendant

16     Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing
17 hearing for *United States V. Gustavo Colin Lopez*, and *United States v. Michael Lopez-Flores*,
18 scheduled for September 6, 2012, is continued to October 18, 2012, at 10:00 a.m.

21 DATED:  J͟D͟ ͟F͟G͟

                                          THE HONORABLE D. LOWELL JENSEN
22                                        United States District Judge