```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    MIRANDA KANE (CABN 150630)
 3  Chief, Criminal Division

 4  THOMAS A. COLTHURST (CABN 99493)
    Assistant United States Attorney
 5
      150 Almaden Boulevard, Suite 900
 6    San Jose, California 95113
      Telephone: (408)-535-5065
 7    Fax: (408)-535-5066
      E-Mail: tom.colthurst@usdoj.gov
 8
    Attorneys for United States of America
 9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-00823-DLJ |
| Plaintiff, | No. 10-00932-DLJ |
| v. | STIPULATION FOR AUTHORIZATION TO PROVIDE SEALED PLEA AGREEMENT TO DEFENSE COUNSEL |
| GUSTAVO COLIN LOPEZ, aka MICHAEL LOPEZ-FLORES, | |
| Defendant. | |

The defendant GUSTAVO COLIN LOPEZ (aka MICHAEL LOPEZ-FLORES), represented by Vicki H. Young, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the Court authorize the government to provide counsel for the defendant in this matter with a copy of the plea agreement entered into between the government and Manual Villa and filed under seal on August 2, 2011. It is anticipated that Villa could be a witness in a sentencing hearing in this matter and that the defendant's counsel would be entitled to the plea agreement as Giglio material. The parties also

STIPULATION AND [] ORDER
Case Nos. 10-CR-00823-DLJ and 10-CR-00932-DLJ

1  agree that the plea agreement will remain under seal in the Clerk's office.

2

3  SO STIPULATED:

4

5  Dated: November 14, 2012            /S/
                                       Thomas A. Colthurst
6                                      Assistant United States Attorney

7

8
   Dated: November 14, 2012            /S/
9                                      Vicki H. Young, Esq.
                                       Attorney for Defendant
10

11      Accordingly, for good cause shown, the Court HEREBY ORDERS that a copy of the plea

12  agreement for Manual Villa filed on August 2, 2011, may be provided to counsel for the

13  defendant in *United States V. Gustavo Colin Lopez*, and *United States v. Michael Lopez-Flores*,

14  subject to the following:

15      IT IS FURTHER ORDERED that the  plea agreement shall not be disseminated or

16  disclosed to anyone other than the named defendants or their counsel, or the staff of their counsel

17  (secretaries, paralegals, clerical staff and attorneys employed by counsel and/or counsel's law

18  firm and nonemployees engaged by counsel and under counsel's supervision who assist in

19  counsel's representation of one of the named defendants), except upon the express authorization

20  of this Court.  Information obtained from the  plea agreement may be discussed with third parties

21  only to the extent necessary for the investigation and preparation of a named defendant's defense,

22  *provided* that in no case shall the discussion of such information involve the disclosure to any

23  third party of the document that is the source of the information or that the source of the

24  information is a plea agreement or other document filed under seal.

25      IT IS FURTHER ORDERED that the plea agreement that is currently under seal shall

26  remain sealed after the attorneys have been provided copies.

27      IT IS FURTHER ORDERED that any attorney receiving the plea agreement is not to

28  disclose any information therein other than to prepare for trial and for the defense of his/her

1 | client.
2 |
3 |
4 | DATED: FFEC IFG
5 |
  
THE HONORABLE D. LOWELL JENSEN
United States District Judge