1 VICKI H. YOUNG
Law Offices of Vicki H. Young
2 706 Cowper Street, Suite 205
Palo Alto, California 94301
3
Telephone    (415) 421-4347
4 Fax              (650) 289-0636

5 Counsel for Gustavo Colin Lopez

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00823 DLJ |
| ) | |
| Plaintiff, ) | STIPULATION RE CONTINUANCE |
| ) | OF SENTENCING DATE; |
| v. ) | [] ORDER |
| ) | |
| GUSTAVO COLIN LOPEZ, ) | Date:   November 29, 2012 |
| ) | Time:   10:00 a.m. |
| Defendant. ) | Judge:  Jensen |

It is hereby stipulated between the defendant Gustavo Colin Lopez, by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Thomas Colthurst, that the sentencing date of November 29, 2012, at 10:00 a.m. be continued to January 10, 2013, at 10:00 a.m. The reason for this continuance is that defense counsel has requested Giglio material regarding a witness the Government intends to call at a sentencing hearing.  The government has submitted an application to released the sealed documents with a protective order. After the materials are received, defense counsel will need additional time to review the materials and prepare a sentencing memorandum.

Probation Officer Lori Gunderson is no longer with the Probation Office.  It is not known if the case has been reassigned or will be handled by a duty officer.

STIPULATION RE CONTINUANCE;
[] ORDER

- 1 -

1      It is so stipulated.

2    Dated:      November 25, 2012         Respectfully submitted,

                                                      /s/ Vicki H. Young
                                                  VICKI H. YOUNG, ESQ.
                                                  Attorney for Gustavo Colin Lopez

8    Dated:      November 25, 2012         MELINDA HAAG
                                                  UNITED STATES ATTORNEY

                                                  /s/ Thomas Colthurst
                                                  THOMAS COLTHURST
                                                  Assistant United States Attorney

STIPULATION RE CONTINUANCE;
[] ORDER

1

**ORDER**

2

3   GOOD CAUSE BEING SHOWN, the sentencing date set for November 29, 2012, is continued

4   to January 10, 2013, at 10:00 a.m.

5   DATED: FFĐì ĐFG

_____
D. LOWELL JENSEN
SENIOR U.S. DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION RE CONTINUANCE;
[] ORDER

- 3 -