```
 1  VICKI H. YOUNG
    Law Offices of Vicki H. Young
 2  706 Cowper Street, Suite 205
    Palo Alto, California 94301
 3
    Telephone    (415) 421-4347
 4  Fax          (650) 289-0636

 5  Counsel for Gustavo Colin Lopez
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-00823 DLJ |
| Plaintiff, | ) ) ) | STIPULATION RE CONTINUANCE OF SENTENCING DATE; |
| v. | ) ) | [] ORDER |
| GUSTAVO COLIN LOPEZ, | ) ) | Date:  January 10, 2013 Time: 10:00 a.m. |
| Defendant. | ) ) | Judge:  Jensen |

It is hereby stipulated between the defendant Gustavo Colin Lopez, by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Thomas Colthurst, that the sentencing date of January 10, 2013, at 10:00 a.m. be continued to February 14, 2013, at 10:00 a.m. The reason for this continuance is that the parties are discussing whether an evidentiary hearing will be necessary and have not finalized their discussions.  In addition, defense counsel will be in two State Bar trials for most of January, and will not have time to prepare a sentencing memorandum until February.

Probation Officer Lori Gunderson is no longer with the Probation Office.  It is not known if the case has been reassigned or will be handled by a duty officer.

STIPULATION RE CONTINUANCE;
[] ORDER

- 1 -

1     It is so stipulated.

2 Dated:    January 7, 2013                Respectfully submitted,

                                                /s/ Vicki H. Young
                                               VICKI H. YOUNG, ESQ.
                                               Attorney for Gustavo Colin Lopez

8 Dated:    January 7, 2013                MELINDA HAAG
                                               UNITED STATES ATTORNEY

                                               /s/ Thomas Colthurst
                                               THOMAS COLTHURST
                                               Assistant United States Attorney

STIPULATION RE CONTINUANCE;
[] ORDER

# ORDER

GOOD CAUSE BEING SHOWN, the sentencing date set for January 10, 2013, is continued to February 14, 2013, at 10:00 a.m.

DATED: FJH

_____
D. LOWELL JENSEN
SENIOR U.S. DISTRICT JUDGE

STIPULATION RE CONTINUANCE;
[] ORDER

- 3 -