1   VICKI H. YOUNG

Law Offices of Vicki H. Young

2   706 Cowper Street, Suite 205
    Palo Alto, California 94301

3

    Telephone    (415) 421-4347
4   Fax          (650) 289-0636

5   Counsel for Gustavo Colin Lopez

6

7                    **IN THE UNITED STATES DISTRICT COURT**

8                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9

10  UNITED STATES OF AMERICA,          )   No. CR 10-00823 DLJ
                                       )
11                     Plaintiff,      )   STIPULATION RE CONTINUANCE
                                       )   OF SENTENCING DATE;
12         v.                          )   [] ORDER
                                       )
13  GUSTAVO COLIN LOPEZ,               )   Date:    February 14, 2013
                                       )   Time:    10:00 a.m.
14                     Defendant.      )   Judge:   Jensen
    _____)

15

16       It is hereby stipulated between the defendant Gustavo Colin Lopez, by and through his attorney

17  of record VICKI H. YOUNG, and the government, through Assistant United States Attorney

18  Thomas Colthurst, that the sentencing date of February 14, 2013, at 10:00 a.m. be continued to

19  March 7, 2013, at 10:00 a.m. The reason for this continuance is that the parties are still discussing

20  whether an evidentiary hearing will be necessary and have not finalized their discussions.

21       Probation Officer Lori Gunderson is no longer with the Probation Office.  It is not known if the

22  case has been reassigned or will be handled by a duty officer.

23  ///

24  ///

25

26

STIPULATION RE CONTINUANCE;
[] ORDER

- 1 -

1    It is so stipulated.

2  Dated:        February 11, 2013                Respectfully submitted,

3

4
                                                   /s/ Vicki H. Young
5                                                 VICKI H. YOUNG, ESQ.
                                                  Attorney for Gustavo Colin Lopez
6

7

8  Dated:        February 11, 2013                MELINDA HAAG
                                                  UNITED STATES ATTORNEY
9

10
                                                    /s/ Thomas Colthurst
11                                                THOMAS COLTHURST
                                                  Assistant United States Attorney
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION RE CONTINUANCE;
[] ORDER

1

## ORDER

2

3    GOOD CAUSE BEING SHOWN, the sentencing date set for February 14, 2013, is continued

4    to March 7, 2013, at 10:00 a.m.

   DATED: G2/G2/GH

5

6    _____
     D. LOWELL JENSEN
     SENIOR U.S. DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION RE CONTINUANCE;
[] ORDER

- 3 -