1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301
3
   Telephone    (415) 421-4347
4  Fax          (650) 289-0636

5  Counsel for Gustavo Colin Lopez

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00823 DLJ |
| Plaintiff, | STIPULATION RE CONTINUANCE OF SENTENCING DATE; |
| v. | [] ORDER |
| GUSTAVO COLIN LOPEZ, | Date:  March 7, 2013 |
| Defendant. | Time:  10:00 a.m.<br>Judge: Jensen |

It is hereby stipulated between the defendant Gustavo Colin Lopez, by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Thomas Colthurst, that the sentencing date of March 7, 2013, at 10:00 a.m. be continued to March 21, 2013, at 10:00 a.m. The reason for this continuance is that defense counsel was out of town from February 15 through February 24, 2013, and has not had sufficient time to finalize the sentencing memorandum.

Probation Officer Lori Gunderson is no longer with the Probation Office. It is not known if the case has been reassigned or will be handled by a duty officer.

///

///

STIPULATION RE CONTINUANCE;
[] ORDER

- 1 -

- 2 -

1    It is so stipulated.

2  Dated:    February 28, 2013                Respectfully submitted,

3

4
                                              /s/ Vicki H. Young
5                                             VICKI H. YOUNG, ESQ.
                                              Attorney for Gustavo Colin Lopez
6

7

8  Dated:    February 28, 2013                MELINDA HAAG
                                              UNITED STATES ATTORNEY
9

10
                                              /s/ Thomas Colthurst
11                                            THOMAS COLTHURST
                                              Assistant United States Attorney
12

STIPULATION RE CONTINUANCE;
[] ORDER

- 2 -

1

**ORDER**

2

3  GOOD CAUSE BEING SHOWN, the sentencing date set for March 7, 2013, is continued to

March 21, 2013, at 10:00 a.m.

4

DATED:

5

_____
D. LOWELL JENSEN
SENIOR U.S. DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION RE CONTINUANCE;
[] ORDER

- 3 -