1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301
3
   Telephone     (415) 421-4347
4  Fax           (650) 289-0636

5  Counsel for Gustavo Colin Lopez

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00823 DLJ |
| Plaintiff, | STIPULATION RE CONTINUANCE OF SENTENCING DATE; |
| v. | [] ORDER |
| GUSTAVO COLIN LOPEZ, | Date:  March 21, 2013 |
| | Time:  10:00 a.m. |
| Defendant. | Judge: Jensen |

It is hereby stipulated between the defendant Gustavo Colin Lopez, by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Thomas Colthurst, that the sentencing date of March 21, 2013, at 10:00 a.m. be continued to March 28, 2013, at 10:00 a.m. The reason for this continuance is that defense counsel has to go out of town to attend a relative's funeral on March 21, 2013.

Probation Officer Lori Gunderson is no longer with the Probation Office.  It is not known if the case has been reassigned or will be handled by a duty officer.

///

///

STIPULATION RE CONTINUANCE;
[] ORDER

- 1 -

1 | It is so stipulated.

2 | Dated: March 11, 2013     Respectfully submitted,

3

4

5 |     /s/ Vicki H. Young
    VICKI H. YOUNG, ESQ.
    Attorney for Gustavo Colin Lopez

6

7

8 | Dated: March 11, 2013     MELINDA HAAG
    UNITED STATES ATTORNEY

9

10

11 |     /s/ Thomas Colthurst
    THOMAS COLTHURST
    Assistant United States Attorney

STIPULATION RE CONTINUANCE;
[] ORDER

- 2 -

1 **ORDER**

2

3   GOOD CAUSE BEING SHOWN, the sentencing date set for March 21, 2013, is continued to

4   March 28, 2013, at 10:00 a.m.

    DATED:

5   _____
    D. LOWELL JENSEN
6   SENIOR U.S. DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION RE CONTINUANCE;
[] ORDER

- 3 -