UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GUSTAVO COLIN LOPEZ,<br>Defendant. | Case No. 10-cr-00823 EJD<br>**ORDER DENYING DEFENDANT'S MOTION TO REDUCE SENTENCE**<br>Docket No. 157 |

On March 1, 2012, Defendant Gustavo Colin Lopez ("Defendant") entered an open guilty plea to one count of conspiracy to possess with intent to distribute and to distribute methamphetamine in violation of 21 U.S.C. § 846. Dkt. No. 82. Defendant was thereafter sentenced to a custodial term of 180 months and five years of supervised release. Dkt. No. 126. Judgment was entered on April 4, 2013. Dkt. No. 127.

In August of 2016, Defendant filed a motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10 based on Amendment 782. Dkt. No. 152. The government filed a response. Dkt. No. 155. On June 21, 2017, the court denied Defendant's motion. Dkt. No. 156. The court reasoned that Defendant was ineligible for a sentence reduction because he was sentenced to a term that was less than the amended Guideline range.

Presently before the court is Defendant's second motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10. Defendant's motion raises no new arguments regarding Amendment 782 that affect the court's decision to deny Defendant's original motion for a reduction of sentence. Defendant argues in the alternative that the court should dismiss the indictment altogether because his constitutional rights were violated. Defendant's

Case No.: 10-cr-823 EJD
ORDER DENYING DEFENDANT'S MOTION TO REDUCE SENTENCE

1

motion, however, fails to set forth sufficient facts and legal authority to establish a deprivation of constitutional rights.

Defendant's second motion for a reduction of his sentence is accordingly DENIED.

**IT IS SO ORDERED.**

Dated: April 16, 2019

                                                                                             _____
EDWARD J. DAVILA
United States District Judge